UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CALAVERAS COUNTY, et al.,<br><br>  Defendant. | 1:18-cv-00728-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff initiated this action on May 23, 2018, but he has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS:

1. **Within 45 days** of the date of service of this order, plaintiff **SHALL** submit a completed and signed application to proceed in forma pauperis or pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

  Dated:   **June 1, 2018**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE